

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0756-10

**JAMES RAY BARROW, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON REHEARING OF APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE SEVENTH COURT OF APPEALS
### SWISHER COUNTY

*Per curiam.*

### O P I N I O N

Appellant was convicted of robbery and was sentenced to confinement for ten years. The Court of Appeals affirmed the conviction. *Barrow v. State*, No. 07-08-00298-CR (Tex. App. — Amarillo, delivered May 28, 2010). Appellant's petition for discretionary review was dismissed as untimely filed on November 3, 2010. Appellant has filed a motion for rehearing requesting reinstatement of his petition so that it will be considered by this Court. Appellant's motion for rehearing is granted. His petition filed

on October 25, 2010, is reinstated as of January 12, 2011, and will be considered in

accord with Tex.R.App.P. 68.


Delivered: January 12, 2011
Do not publish